IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GUADALUPE PADILLA | § | |
| | § | |
| V. | § | A-17-CV-1042-SS |
| | § | |
| LORIE DAVIS | § | |

## ORDER OF DISMISSAL

BE IT REMEMBERED on this day the Court reviewed the file in the above-captioned matter, including this Court's order dismissing Petitioner's application for habeas corpus relief, and the Court renders the following order:

IT IS ORDERED that the above-styled and numbered cause be, and the same is hereby, DISMISSED WITHOUT PREJUDICE.

Signed this 6th day of April 2018.

_____
SAM SPARKS
SENIOR UNITED STATES DISTRICT JUDGE

